LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-06670 (BRO) (JPRx) | Date | September 23, 2014 |
|---|---|---|---|
| Title | JULIA GERARD V. WELLS FARGO BANK NATIONAL ASSOCIATION ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS)
**ORDER TO SHOW CAUSE RE FAILURE TO OPPOSE DEFENDANT'S MOTION TO DISMISS [9]**

Pending before the Court is Defendant Wells Fargo Bank National Association's Motion to Dismiss.  (Dkt. No. 9.)  The matter is set for hearing on October 6, 2014.  Under the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date.  C.D. Cal. L.R. 7-9.  Accordingly, Plaintiff's opposition was due no later than September 15, 2014.  As of today, Plaintiff has not filed an opposition.  Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion."  C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why Defendant's motion should not be granted.  Plaintiff's response to this order to show cause must be filed **no later than Friday, September 26, 2014, at 4:00 p.m.**  An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

:

Initials of Preparer     rf