LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-06670 (BRO) (JPRx) | Date | November 24, 2014 |
|---|---|---|---|
| Title | JULIA GERARD V. WELLS FARGO BANK NATIONAL ASSOCIATION ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE WHY DEFENDANTS' MOTION TO DISMISS SHOULD NOT BE GRANTED [13]

Plaintiff Julia Gerard ("Plaintiff") initiated this lawsuit on July 22, 2014 in the Superior Court of California, County of Los Angeles.  (Compl.)  Defendant Wells Fargo Bank National Association ("Wells Fargo N.A.") removed the matter to this Court on August 25, 2014.  (Dkt. No. 1.)  After removal, Wells Fargo N.A. and Wells Fargo Bank, Ltd. ("Wells Fargo Ltd.") (collectively, "Wells Fargo Defendants") moved to dismiss the Complaint.  Plaintiff failed to oppose the motion.  On October 2, 2014, the Court granted the motion without prejudice in light of Plaintiff's failure to oppose.  (Dkt. No. 12.)

Currently pending before the Court is Wells Fargo Defendants' joint Motion to Dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute.  (Dkt. No. 13.)  The matter is set for hearing on December 8, 2014.  Under the Court's Local Rule 7-9, a party must oppose a motion at least twenty-one (21) days before the scheduled hearing date.  C.D. Cal. L.R. 7-9.  Accordingly, Plaintiff's opposition to Wells Fargo Defendants' Rule 41(b) motion was due no later than November 17, 2014.  As of today, Plaintiff has not filed an opposition.  Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion."  C.D. Cal. L.R. 7-12.

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 14-06670 (BRO) (JPRx)** | Date | November 24, 2014 |
|---|---|---|---|
| Title | **JULIA GERARD V. WELLS FARGO BANK NATIONAL ASSOCIATION ET AL.** | | |

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why Wells Fargo Defendants' Motion to Dismiss with prejudice should not be granted. Plaintiff's response to this Order must be filed **no later than Monday, December 1, 2014, at 5:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose the motion.

**IT IS SO ORDERED.**

:

Initials of Preparer       rf